

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2020

No. 04-19-00318-CV

Leticia R. **BENAVIDES,**
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

On August 21, 2020, this court ordered appellant to provide proof of payment or arrangements to pay for the reporter's record.  Our order also ordered the court reporter, Ms. Gay Richey, to file the outstanding volumes of the reporter's record within twenty days of appellant filing written proof of payment or arrangements to pay.  We cautioned Ms. Richie that if she failed to timely file the record, a show cause order would be issued.

On August 25, 2020, appellant provided written proof that she had mailed a check for $1,500 as a down-payment to Ms. Richie and the check has been cashed.  Because appellant provided written proof that she made arrangements to pay for the record, this court ordered Ms. Richie to file the outstanding volumes of the reporter's record no later than September 9, 2020.

On September 9, 2020, Ms. Richie filed a notification of late record stating she would file the record after she had been paid for in full. It is therefore ORDERED that appellant provide written proof to this court no later than September 24, 2020 that the reporter's fee has been paid in full. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

Ms. Richie is ORDERED to file the outstanding volumes of the reporter's record within twenty-fours of full payment. If Ms. Richie fails to do so, an order may be issued directing Ms.

Richie to appear in person before this court and show cause why she should not be held in contempt.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court